FILED
CLERK, U.S. DISTRICT COURT
SEP 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FLEMING, an individual; SERGIO MONTENEGRO, an individual; ROBERT MORALES, an individual; EDDIE RAMIREZ, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COVIDIEN, INC.; TYCO HEALTHCARE GROUP, L.P.; KIMCO STAFFING SERVICES, INC.; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. ED CV10-01487 RGK (Opx)<br><br>Removed from the San Bernardino County Superior Court: October 1, 2010<br><br>[PROPOSED] JUDGMENT (FRCP RULE 54) |

This matter having been tried to the Court on July 28, 2011, and this Court having issued the Order re: Court Trial dated August 12, 2011 ("Order"), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

(1) That Plaintiffs Gerald Fleming, Sergio Montenegro, Robert Morales, and Eddie Ramirez ("Plaintiffs') shall have and recover jointly and severally against Defendants Covidien, Inc. and Tyco Healthcare Group, LP ("Defendants") penalties pursuant to the California Private Attorneys General Act of 2004, California Labor Code §§2698 et seq. ("PAGA") in the amount of $500,000, payable as follows: (1) $375,000 shall be paid by Defendants to the California Labor And Workforce Development Agency; and (2) $125,000 shall be paid by Defendants on a pro rata basis to members of the Defective Wage Statement Class.

(2) Plaintiffs shall have and recover their costs; the amount of which shall be determined by application to the Clerk of the Court [handwritten].

(3) Determination of Plaintiffs shall have and recover their reasonable attorneys fees ~~in an amount to be determined on~~ application to the Court, made by regularly noticed motion. [handwritten edits]

Dated: 09·19·11

_____
Hon. R. Gary Klausner

Presented by:

By: William S. Waldo

BONONI LAW GROUP, LLP
Attorneys for Plaintiffs

---

[PROPOSED] JUDGMENT (FRCP RULE 54)

1

BONONI LAW GROUP, LLP